No. 504. H. B. CRONE v. JOHN W. SNOOK, WARDEN. Appeal from the District Court of the United States for the Northern District of Georgia. January 11, 1926. *Per Curiam.* Petition for leave to proceed in forma pauperis denied, for the reason that the court has examined the petition for a writ of habeas corpus, for which this is an appeal, has found the question therein presented frivolous, and dismisses the appeal. *Mr. William Schley Howard* for appellant. No appearance for appellee.

---

No. 227. BEATRICE J. WESTON ET AL. v. THE CITY OF TULSA ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted January 4, 1926. Decided January 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co. v. Carrollton,* 252 U. S. 1, 5, 6. *Messrs. R. C. Allen* and *I. J. Underwood* for defendants in error, in support of the motion. *Messrs. Louis W. Pratt* and *James M. Springer* for plaintiffs in error, in opposition thereto.

---

No. 787. CHESAPEAKE & OHIO RAILWAY COMPANY v. WILLIAMS SLATE COMPANY. Error to the Special Court of Appeals of the State of Virginia. Motion to dismiss submitted January 4, 1926. Decided January 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co. v. Carrollton,* 252 U. S. 1, 5, 6. Petition for certiorari denied, and, there appearing to be no reasonable ground for granting the petition, a penalty of $25 is awarded respondent and against the